ANDREW H. MILLER, Appellant, *v.* TOWN OF IRONDEQUOIT,
Respondent, Impleaded with Others.

(Argued June 7, 1935; decided July 11, 1935.)

*Heiby W. Ungerer* for appellant.

*George R. Lunn, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.